IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ASHFORD LEON RICHARDSON,<br><br>    Defendant. | CRIMINAL CASE NO.<br><br>1:14-cr-43-JEC-ECS |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [5] recommending accepting defendant's plea of guilty tendered on March 20, 2014. No objections to the Report and Recommendation [5] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [5] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Information.

**SO ORDERED**, this 26th day of JUNE, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE